UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| PATRICK ROSS, | ) | 3:11-CV-0120-RCJ (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | August 25, 2011 |
| | ) | |
| STATE OF NEVADA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN           REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Defendants filed a motion for summary judgment on July 29, 2011 (#22).  Plaintiff was given notice pursuant to the requirements of *Klingele v. Eikenberry*, 849 F.2d 409 (9th Cir. 1988), and *Rand v. Rowland*, 154 F.3d 952 (9th Cir. 1998) on August 1, 2011 (#23).  To date, plaintiff has failed to file points and authorities in opposition to the motion for summary judgment.

Plaintiff is advised that pursuant to Local Rule 7-2(d), the failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion.  The court will *sua sponte* grant plaintiff one extension of time to **Friday, September 16, 2011** to file an opposition to the motion.  No further extensions of time shall be granted.

Plaintiff shall also file a notice of change of address with this court on or before **Friday, September 16, 2011**.  Plaintiff is cautioned that pursuant to Local Special Rule 2-2, his failure to provide this court and opposing counsel with written notification of any change of address may result in dismissal of this action with prejudice.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:        /s/
    Deputy Clerk